## SMITHFIELD ASSOCIATES, LLC, ET AL. *v.* TOLLAND BANK

The plaintiffs' petition for certification for appeal from the Appellate Court, 86 Conn. App. 14 (AC 23956), is denied.

*B. Paul Kaplan*, in support of the petition.

*Rodger C. Boe*, in opposition.

Decided February 1, 2005

## STATE OF CONNECTICUT *v.* ANDRE JEROME GASTON

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 218 (AC 23962), is denied.

*Arnold V. Amore II*, special public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided February 1, 2005